[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12449
Non-Argument Calendar
_____

D.C. Docket No. 6:07-cr-00145-JA-DAB-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDMON JEROME BURTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 15, 2012)

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

W. Drew Sorrell, appointed counsel for Edmon Jerome Burton in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.